UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE HOEY, Attorney in Fact and Next Friend
of DELPHINE KAISER,

    Plaintiff,

Vs.

SUNRISE SENIOR LIVING MANAGEMENT, INC.

    Defendant.

Hon. Denise Page Hood
Magistrate Judge:  Laurie Michelson
Case No:  2:11-cv-13740-DPH-LJM

| **THE SAM BERNSTEIN LAW FIRM**<br>**STANLEY J. FELDMAN (P52123)**<br>**SAMUEL I. BERNSTEIN (P10745)**<br>Attorneys for Plaintiff<br>31731 Northwestern Highway, Ste. 333<br>Farmington Hills, MI  48334-1669<br>(248) 538-3147 | **JONATHAN M. JAFFA (P23717)**<br>SULLIVAN, WARD, ASHER & PATTON, P.C.<br>Attorneys for Defendant<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>P.O. Box 222<br>Southfield, MI  48075<br>(248) 746-0700 |
|---|---|

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    Pursuant to the stipulation of the parties and the settlement agreed to pursuant to the settlement proposal of Magistrate Judge Laurie Michelson,

    IT IS ORDERED that this matter be and is hereby dismissed with prejudice and without costs.

    IT IS FURTHER ORDERED that this Order resolves the last pending claim between the above-captioned parties and closes this case.

    Dated:  April 24, 2013        s/Denise Page Hood
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
|   /s/ Stanley J. Feldman |   /s/ Jonathan M. Jaffa |
| STANLEY J. FELDMAN (P52123) | JONATHAN M. JAFFA (P23717) |
| Attorney for Plaintiff | Attorney for Defendant |